# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| BYA International, LLC ) | ASBCA No. 58031 |
| ) | |
| Under Contract No. W5J9JE-10-C-0010 ) | |

APPEARANCES FOR THE APPELLANT:    Shawn C. Whittaker, Esq.
    Whittaker & Associates, P.C.
    Rockville, MD

    Donald C. Holmes, Esq.
    Donald C. Holmes & Associates, P.A.
    Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    James D. Stephens, Esq.
    Assistant District Counsel
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The parties have executed a Joint Stipulation of Dismissal requesting that the referenced appeal be dismissed with prejudice. Accordingly, it is hereby dismissed with prejudice in accordance with their stipulation.

Dated: 22 April 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58031, Appeal of BYA International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals